67 P.3d 790

# SUPREME COURT OF HAWAI‘I

| | | | |
|---|---|---|---|
| Miyamoto v. Wahiawa Gen. Hosp. | 22930 | 05/02/2003 Denied | |
| State v. Gunson | 24209 | 03/18/2003 Granted | 101 Hawai‘i 161, 64 P.3d 290 |